

THE UNITED States
DISTRICT Court

**FILED**

JUL 2 1 2005

05 1440

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Petitioner
Chester O. Abney
vs.
D.C. DIVISION
OF Correction
U.S. Parole
COMMISSION

CASE NO.
PDID 319-795
DCDC 213-490
FBI 833232CAO
SSN 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
DOB 5-10-64

TO SHOW CAUSE

Now comes Petitioner Chester O. Abney Pro Se
files this Petition with good faith to this with
Honorable Court to address a deprivation of a
Constitutional Right regarding how the
imposition of a sentence is to be carried out.
This Motion comes in good faith therefor
Petitioner Requesting To Sue on the Merits.

Of 18,00.00 Entitled to Lump Sums.

POENTS of Authorities

To the Courts Order to Show Cause this
Respondent cites to and relies upon the
following of Authorities.

Superior Court Rule 6(b)(2);
Superior Court Rule (16);
THE Court equitable powers.
THE record herein.
THE Lack of undue prejudics to any part
did not Respond regarding relief Sought.

3

THE UNITED STATES
DISTRICT Court

Petitioner
Chester O. Abney          )        Case No. _____
        Vs.                )
D.C. Division              )
of Correction              )
U.S. Parole                )
COMMISSION                 )

MOTION TO RULE ON
HABEAS Corpus

Now comes Petitioner Chester O. Abney to
Pro Se to Sue with this Honorable Court to
address my Constitutional Right and regarding
deprivation and how this Over Laps imposition
of my Sentence to be Carried out this
Motion comes in good faith to Pursuant
the respondents therefor Petitioner Requesting
this Honorable Court to Grant Motion to Rule
on the Merits.

(Facts Presenting)

That Petitioner sentence has over Laps which
violates Ex Post Facto Law and Due
Process which is cruel and unusual
Punishment infliction under the United
States Constitutional.

THE UNITED STATES
DISTRICT COURT

Petitioner
Chester O. Abney                    Case no. _____
            Vs.
D.C. DIVISION
of Correction and
U.S. Parole,
COMMISSION

TO SHOW CAUSE

Now comes Chester O Abney Pro Se Under
the National Capital Revitalization and Self
Goverment Improvement Act of (1997) Public
Law (105-33), D.C Code (24-101) (131) (2001),
Pursuant to Sue Custodian Mr Larry Corbett
and the D.C. DIVISION of Correction is being
Sueable of and entity to Support Court.
Civil Rule (6)(b) cause shown any time in it
discreation upon Motion made the Expieration
of specified period permit this act to be
done.

Failure to respond to Order To Show Cause
on the Motion For Enlargment of Time was
not conducted regarding this relief here in
Sought as Incarcerated Rule (6)(b)(2)
Entitled shall be Awarded in Lump Sum of
$18,00.000 dollars on the minimum and the maximum
Sentence 601.3 Rule.