UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHESTER B. ABNEY,
        Petitioner,    :    CRIMINAL NO. 05-1440 (EGS)
                              :
    v.                          :
                                :
D.C. DIVISION OF CORRECTIONS, *et al*.,:
        Respondents..

NOTICE OF ASSIGNMENT AND APPEARANCE

The D.C. Department of Corrections, *et. al.*, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Carolyn K. Kolben, Bar Number 391-156, telephone number (202) 616-0852 and this is notice of her appearance in this matter on behalf of the United States.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney

        _____
        Carolyn K. Kolben
        ASSISTANT UNITED STATES ATTORNEY
        Bar No. 391-156
        555 4th Street, N.W., Room 10-441
        Washington, DC 20530
        (202) 616-0852

CERTIFICATE OF SERVICE

I hereby certify that service of a copy of the instant Notice of Assignment and Appearance has been made by first-class mail this 29th day of August, 2005 to Chester B. Abney, DCDC # 213-490, Correctional Treatment Facility, 1901 E Street, S.E., Washington, D.C. 20003.

        _____
        Carolyn K. Kolben
        ASSISTANT UNITED STATES ATTORNEY