To Nancy Mayer
Whittington Clerk
of the Court of

United States District
Court for District of
Columbia

To inform you that
i bend Tranfer to

RCI
River Correctional Institution
P.O. Box 630
C-Part(D)207-U
Winton, North Cudina 27986

My Case Name:
ABNEY vs DC Division
of Correctional et al
Case Number 1:05-CV-1440 EGS

My Federal Number is
103110-000
Sincerely
Remiding
Thank you!

To the Clerk of Court I am asking to Approve me a Attorney or Promand me a Lawer. I need Attorney at Law! Sincerely

Inreminding

Thank You!

RECEIVED

AUG 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT