EXHIBIT A

```
5H    PAR3I  540*23 *           SENTENCE MONITORING           *      08-18-2004
PAGE 001         *              COMPUTATION DATA              *      14:24:54
                                AS OF 06-03-2003

REGNO..: 03110-000 NAME: ABNEY, CHESTER O


FBI NO..........:  ███████              DATE OF BIRTH: ███████
ARS1............: CDC/PAROLE
UNIT............:                        QUARTERS.....:
DETAINERS.......: NO                     NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  06-03-2003 VIA PAROLE

-----------------------PRIOR JUDGMENT/WARRANT NO: 030 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F7110-85 E,F,G
JUDGE...........................: WALTON
DATE SENTENCED/PROBATION IMPOSED: 01-13-1988
DATE WARRANT ISSUED.............: 01-22-2002
DATE WARRANT EXECUTED...........: 06-04-2002
DATE COMMITTED..................: 10-24-2002
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

                FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.: $00.00         $00.00          $00.00         $270.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-----------------------PRIOR OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....:  620
OFF/CHG: DC ADULT PAROLE VIOLATION (ORIG: 33-541(A)(1) DISTRIBUTION OF
         PCP; DISTRIBUTION OF MARIJUANA; AND POSSESSION WITH INTENT TO

  SENTENCE PROCEDURE.............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:     22 YEARS
  NEW SENTENCE IMPOSED...........:   4258 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
5H    DATE OF OFFENSE.................: 09-17-1985




G0002       MORE PAGES TO FOLLOW . . .
```

A

```
5H    PAR3I  540*23  *        SENTENCE MONITORING          *    08-18-2004
PAGE 002         *            COMPUTATION DATA             *    14:24:54
                              AS OF 06-03-2003

REGNO..: 03110-000  NAME: ABNEY, CHESTER O


--------------------------PRIOR COMPUTATION NO: 030 --------------------------

COMPUTATION 030 WAS LAST UPDATED ON 06-03-2003 AT CDC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   030 010

DATE COMPUTATION BEGAN..........: 06-04-2002
TOTAL TERM IN EFFECT............: 4258 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    11 YEARS      7 MONTHS      26 DAYS
EARLIEST DATE OF OFFENSE........: 09-17-1985

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1398
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 04-02-2010
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 08-02-2013
EXPIRATION FULL TERM DATE.......: 01-29-2014

PAROLE EFFECTIVE................: 06-03-2003
PAROLE EFF VERIFICATION DATE....: 09-23-2002
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 06-03-2003
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: CDC
ACTUAL SATISFACTION KEYED BY....: MYR

DAYS REMAINING..................: 3893
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: INMATE RECEIVED FROM DCDOC. /RLJ




G0002       MORE PAGES TO FOLLOW . . .
```

```
5H    PAR3I  540*23.*       SENTENCE MONITORING           *    08-18-2004
PAGE 003          *         COMPUTATION DATA              *    14:24:54
                            AS OF 12-15-2000

REGNO..: 03110-000  NAME: ABNEY, CHESTER O


FBI NO..........:                     DATE OF BIRTH: ███
ARS1............: CDC/PAROLE
UNIT............:                     QUARTERS.....:
DETAINERS.......: NO                  NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  12-15-2000 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F7110-85 E,F,G
JUDGE...........................: WALTON
DATE SENTENCED/PROBATION IMPOSED: 01-13-1988
DATE WARRANT ISSUED.............: 04-16-1999
DATE WARRANT EXECUTED...........: 04-16-1999
DATE COMMITTED..................: 04-16-1999
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

             FELONY ASSESS   MISDMNR ASSESS    FINES          COSTS
NON-COMMITTED.:  $00.00         $00.00         $00.00         $270.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....: 620
OFF/CHG: DC ADULT PAROLE VIOLATION (ORIG: 33-541(A)(1) DISTRIBUTION OF
         PCP; DISTRIBUTION OF MARIJUANA; AND POSSESSION WITH INTENT TO
         DISTRIBUTE MARIJUANA)

  SENTENCE PROCEDURE.............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:    22 YEARS
  NEW SENTENCE IMPOSED...........: 4868 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
5H    DATE OF OFFENSE............: 09-17-1985




G0002      MORE PAGES TO FOLLOW . . .
```

```
5H      PAR3I  540*23 *          SENTENCE MONITORING              *    08-18-2004
PAGE 004           *             COMPUTATION DATA                 *    14:24:54
                                 AS OF 12-15-2000

REGNO..: 03110-000  NAME: ABNEY, CHESTER O


- - - - - - - - - - - - - - - - - - -PRIOR COMPUTATION NO: 020 - - - - - - - - - - - - - - - - - - - -

COMPUTATION 020 WAS LAST UPDATED ON 10-25-2002 AT RIV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:    020 010

DATE COMPUTATION BEGAN...........: 04-16-1999
TOTAL TERM IN EFFECT.............:  4868 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     13 YEARS      3 MONTHS      28 DAYS
EARLIEST DATE OF OFFENSE.........: 09-17-1985

TOTAL JAIL CREDIT TIME...........: 0
TOTAL INOPERATIVE TIME...........: 0
STATUTORY GOOD TIME RATE.........: 10
TOTAL SGT POSSIBLE...............: 1599
PAROLE ELIGIBILITY...............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE...........: 03-27-2008
TWO THIRDS DATE..................: N/A
180 DAY DATE.....................: 02-14-2012
EXPIRATION FULL TERM DATE........: 08-12-2012

PAROLE EFFECTIVE.................: 12-15-2000
PAROLE EFF VERIFICATION DATE.....: 12-15-2000
NEXT PAROLE HEARING DATE.........: N/A
TYPE OF HEARING..................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE.........: 12-15-2000
ACTUAL SATISFACTION METHOD.......: PAROLE
ACTUAL SATISFACTION FACILITY.....: RIV
ACTUAL SATISFACTION KEYED BY.....: CCC

DAYS REMAINING...................: 4258
FINAL PUBLIC LAW DAYS............: 0




G0002       MORE PAGES TO FOLLOW . . .
```

```
5H     PAR3I  540*23 *              SENTENCE MONITORING          *       08-18-2004
PAGE 005        *                    COMPUTATION DATA            *       14:24:54
                                     AS OF 03-06-1996
```

REGNO..: 03110-000 NAME: ABNEY, CHESTER O

```
FBI NO...........:  ███████              DATE OF BIRTH: ███████
ARS1.............: CDC/PAROLE
UNIT.............:                       QUARTERS.....:
DETAINERS........: NO                    NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 03-06-1996 VIA PAROLE

--------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION.............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER.....................: F7110-85 E,F,G
JUDGE.............................: WALTON
DATE SENTENCED/PROBATION IMPOSED..: 01-13-1988
DATE WARRANT ISSUED...............: N/A
DATE WARRANT EXECUTED.............: N/A
DATE COMMITTED....................: 08-14-1989
HOW COMMITTED.....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED.................: NO
SPECIAL PAROLE TERM...............:

                 FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $00.00          $00.00           $00.00          $270.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00
```

-------------------------PRIOR OBLIGATION NO: 010 --------------------------

OFFENSE CODE....: 620
OFF/CHG: DC DISTRIBUTION OF PCP.

```
 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    20 YEARS
 MINIMUM TERM....................:     5 YEARS     20 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE.................: 09-18-1985
```

G0002         MORE PAGES TO FOLLOW . . .

```
5H      PAR3I    540*23  *          SENTENCE MONITORING          *    08-18-2004
PAGE 006          *                 COMPUTATION DATA             *    14:24:54
                                    AS OF 03-06-1996

REGNO..: 03110-000 NAME: ABNEY, CHESTER O


--------------------------------PRIOR OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  619
OFF/CHG: DC NARCOTICS MISDEMEANOR ONE YEAR OR LESS (DISTRIBUTION)
         OF CANNABIS.

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:      1 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE.................: 05-18-1985

--------------------------------PRIOR OBLIGATION NO: 030 --------------------------
OFFENSE CODE....:  619
OFF/CHG: DC NARCOTICS, MISDEMEANOR, ONE YEAR OR LESS (POSSESSION
         WITH INTENT TO DISTRIBUTE CANNABIS).

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:      1 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE.................: 05-18-1985

--------------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-25-2002 AT RIV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010, 010 020, 010 030




G0002        MORE PAGES TO FOLLOW . . .
```

```
_5H_____PAR3I   540*23 *          SENTENCE MONITORING          *   08-18-2004
PAGE 007 OF 007 *                  COMPUTATION DATA            *   14:24:54
                                   AS OF 03-06-1996

REGNO..: 03110-000 NAME: ABNEY, CHESTER O


DATE COMPUTATION BEGAN...........: 01-13-1988
AGGREGATED SENTENCE PROCEDURE...: DC CODE ADULT AGGREGATE
TOTAL TERM IN EFFECT............:    22 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    22 YEARS
AGGREGATED MINIMUM TERM.........:     5 YEARS       20 MONTHS
EARLIEST DATE OF OFFENSE........: 05-18-1985

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    09-18-1985     07-18-1986
                                    10-28-1987     01-12-1988

INOPERATIVE TIME..........: REASON  FROM DATE      THRU DATE
                            ESCAPE  05-18-1993     11-22-1993

TOTAL JAIL CREDIT TIME..........: 381
TOTAL INOPERATIVE TIME..........: 189
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 2640
PAROLE ELIGIBILITY..............: 05-22-1992
STATUTORY RELEASE DATE..........: 04-12-2002
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 01-05-2009
EXPIRATION FULL TERM DATE.......: 07-04-2009

PAROLE EFFECTIVE................: 03-06-1996
PAROLE EFF VERIFICATION DATE....: 10-23-1995
NEXT PAROLE HEARING DATE........: 02-00-1994
TYPE OF HEARING.................: OTHER

ACTUAL SATISFACTION DATE........: 03-06-1996
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: RIV
ACTUAL SATISFACTION KEYED BY....: CCC

DAYS REMAINING..................: 4868
FINAL PUBLIC LAW DAYS...........: 0




S0039      ALL CURRENT COMPS ARE SATISFIED
```