EXHIBIT B

#66

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. F-7110-85 E,F,G

vs.

PDID No. 319795

Chester O. Abney

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of _____
(E) Unlawful Distribution of A Controlled Substance PCP; (F) Unlawful Distribution of A Controlled Substance-Marijuana; (G) Unlawful Possession With Intent to Distribute a Controlled Substance.
and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to Count "E" not less than 5 years nor more than 15 years, E.S.S. as to all but one year, Probation for 5 years; Count "F" 1 year consecutive to Count "E", E.S.S., Probation 5 years concurrent to count "E"; Count "G" 1 year consecutive to counts "E" & "F", E.S.S., Probation 5 years, Concurrent to counts to "E" & "F". Defendant sentenced to an additional 20 months to 5 years, consecutive to Counts E,F,G., E.S.S., Probation 5 years concurrent to Counts E,F,G., Pursuant to 23 D.C. Code §1328 (4v1).

☒ ORDERED that the defendant is committed to the custody of the Attorney General for imprisonment for the period imposed above.

☒ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☒ Observe the general conditions of probation listed on the back of this order.

☒ Obtain a job as soon as possible or continue your present employment.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

_____

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____

☒ Defendant shall enroll in an Educational or Vocational Program. Weekly drug testing.

FRP INFO

Costs in the aggregate amount of $270.00 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid. Upon release the defendant is to return to court/set a payment schedule for the money assessed
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

March 13 1986
Date

Reggie B. Walton
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

March 13 1986
Date

Cora Lee Jackson
Deputy Clerk

Original — Court
Blue — Jail
Green — Defendant
Canary — Social Services

Pink — Mayor's Office
Goldenrod — U.S. Attorney/Corporation Counsel
Goldeared — Defense Attorney

Form CDXIB-1940(Apr. 83)

B