EXHIBIT D




**Court Services and Offender Supervision Agency for the District of Columbia**

*Community Supervision Services*
*General Supervision Branch "B"*

ALLEGED VIOLATION REPORT

JAN 2 8 2004

**January 23, 2004**

| | | |
|---|---|---|
| TO: | United States Parole Commission | |
| FROM: | Colette Smith | Unit: GS Team 53 |
| | Community Supervision Officer | Telephone: (202) 585-7812 |
| | | |
| Client: | Chester Abney | REGNO. 031100-00 |
| DCDC #: | 213-490 | PDID #: 319-795 |

Action Recommended: **Warrant**

### Sentencing Information:

Mr. Abney was placed on parole on 6/13/03 with a scheduled full term date of 1/29/2014, having been convicted of Possession With Intent to Distribute PCP.

### Violations:

Mr. Abney is in violation of the following release conditions:

### Allegation #1- Failure to Abstain from Using Illegal Substances and Failure to Report for Drug Testing

On 6/27/03, 6/30/03, 7/7/03, 7/11/03, 7/14/03, 7/18/03, 7/21/03, 7/28/03, 8/4/03, 8/8/03, 8/11/03, 8/29/03, 9/9/03, 9/15/03, 9/26/03, 9/29/03, 10/3/03, 10/16/03, 10/20/03, 10/31/03, 11/3/03, 11/7/03, 11/10/03, 1/5/04, 1/12/04, and 1/16/04 the subject tested positive for cocaine. On 7/25/03, 8/18/03, 8/22/03, 9/5/03, 9/8/03, 9/12/03, 9/22/03, 10/6/03, 10/10/03, 10/27/03, 11/14/03, 12/19/03, 1/2/04, and 1/9/04 the subject failed to report for testing, as evidenced by the attached laboratory results.

### Case Summary:

Due to Mr. Abney's failure to abstain from using illegal substances, adjustment to supervision is considered poor. On 11/17/03, Mr. Abney was admitted into Second Genesis for 28 days of residential treatment. According to addiction counselor, Linda Morton, Mr. Abney did not address any of his issues and was in denial of his substance abuse. Ms. Morton also stated that Mr. Abney was "verbally abusive with a staff member while in an argument with a peer".

D

*1418 Good Hope Road Washington, DC 20020*
*Voice: (202) 585-7812 Fax: (202) 585-7829*




Court Services and Offender Supervision Agency                                                    Page 2

Mr. Abney completed the treatment program at Second Genesis and was released on 12/17/03. Mr. Abney tested positive for cocaine shortly after his release. Mr. Abney was referred to sanctions groups twice a week, which he has not provided any current proof of attendance. A sanctions staffing has been scheduled for 2/21/04.

Mr. Abney's use of illegal substances and history of supervision failure is an indication of his lack of commitment to comply with the conditions of release. His technical violations, criminal history and his inability to be supervised pose a risk to the safety of the community

**RECOMMENDATION**

This officer respectfully requests that a warrant be issued.

Respectfully Submitted,

Signature _____            Date: 1-23-04
Colette Smith
Community Supervision Officer

Approved By:

Signature _____            Date: 1-23-04
Marie Asike
Supervisory Community Supervision Officer