UNITED STATES
DISTRICT COURT
FOR THE DISTRICT
OF COLUMBIA

CHESTER O. ABNEY,
Petitioner,

vs.

DC DIVISION oF CORRECTION, et al.,
Respondents.

CIVIL ACTION NO. 05-1440 (EGS)

MOTION TO RULE ON
HABEAS CORPUS PETITION

Now comes Petitioner Chester O. Abney to Pro Se to Sue with this Honorable Court to address my Constitutional Right and regarding deprivation how the over Lop imposition of my sentence to be carried out this Motion comes in good faith to Pursuant the respondents therefor Petitioner Pursuant to 28 U.S.C § 2243 this Honorable Court Grant Motion to Rule on the Merits.  (FACTS PRESENTED)
That Petitioner sentence has over Lop which voilates Ex Post Facto Law & Due Process which is cruel and unusual punishment infliction under the United States Constitutional.

Mandatory release was revoked). On January 13, 1988 these forfeitures orders had properly extended the Petitioners full term date to September 23, 2015. Accordingly, the Petitioner is entitled for relief as a matter of Law and his Petition for Writ of Habeas Corpus should be Granted on the Merit it is improperly identified that my Jail credit was not computation to my sentence from 09-18-85 thru 02-18-86 thru 10-28-87 thru 01-12-88 District of Columbia Good Time Credits Act for offenses Committed on or after April 11, 1987 until Jun, 21, 1994 May earn institutional Good Time (IGT) off the minimum and maximum term, (24 DCC §428). and can Established Jail credit statue 24 DCC §431 and still current for all D.C. sentence under OCS RAA & SRAA. Old Law and D.C. Good Time Credit Act for offences committed on or before April 10, 8 And can earnd statutory Good Time (SGT) off the maximum term only to create a short term Release Date. (18 USC §4161 can earnd SGT off the minimum term unless the minimum term overlaps. These sentence can also earn BOP

Extra Good Time credit while in BOP custody. (18 U.S.C. § 4162). 180 day rule applies to these sentence as D.C. adopted its use with DC sentence. (18 USC § 4164) can be aggregated with U.S. OLD LAW SENTENCE. Release Methods - EXP W/GT, EXP FT, MAND PAR, PAROLE.

PETITIONER & PETITION PLAINTIFF

Chester O. Abney has improperly identified the Records Center as a Respondent in this matter. In a Habeas Corpus Action, the proper party respondent is the Warden who has Custody over Petitioner. SEE United States v. Wardell Crockett, 861 A.2d 604 D.C. 2004

Respectfully Submitting
By Petitioner Chester O. Abney
Fed. Reg. No. 03110-000 RCI Rivers
Correctional Institution, P.O. Box 630
C-Part United Winton N.C. 27986
Subscribed and sworn to before me on this
Signed This 30th day of January 2006
My Commiss. exp.
March 26, 2006 Signature of Plaintiff
Signature of Notary

```
05/27/05  13:55 FAX              US PAROLE COMMISSION                    @008


5H      PAR4J  540*23 *           SENTENCE MONITORING         *    05-27-2005
PAGE 007 OF 007 *                  COMPUTATION DATA            *    10:35:28
                                   AS OF 03-06-1996


REGNO..: 03110-000  NAME: ABNEY, CHESTER O


DATE COMPUTATION BEGAN............: 01-13-1988
AGGREGATED SENTENCE PROCEDURE...: DC CODE ADULT AGGREGATE
TOTAL TERM IN EFFECT..............: 22 YEARS
TOTAL TERM IN EFFECT CONVERTED..: 22 YEARS
AGGREGATED MINIMUM TERM...........: 5 YEARS    20 MONTHS
EARLIEST DATE OF OFFENSE..........: 05-18-1985

JAIL CREDIT.......................:     FROM DATE    THRU DATE
                                         09-18-1985  07-18-1986
                                         10-28-1987  01-12-1988

INOPERATIVE TIME..........: REASON    FROM DATE    THRU DATE
                            ESCAPE    05-18-1993   11-22-1993

TOTAL JAIL CREDIT TIME............: 381
TOTAL INOPERATIVE TIME............: 189
STATUTORY GOOD TIME RATE..........: 10
TOTAL SGT POSSIBLE................: 2640
PAROLE ELIGIBILITY................: 05-22-1992
STATUTORY RELEASE DATE............: 04-12-2002
TWO THIRDS DATE...................: N/A
180 DAY DATE......................: 01-05-2009
EXPIRATION FULL TERM DATE.........: 07-04-2009

PAROLE EFFECTIVE..................: 03-06-1996
PAROLE EFF VERIFICATION DATE......: 10-23-1995
NEXT PAROLE HEARING DATE..........: 02-00-1994
TYPE OF HEARING...................: OTHER

ACTUAL SATISFACTION DATE..........: 03-06-1996
ACTUAL SATISFACTION METHOD........: PAROLE
ACTUAL SATISFACTION FACILITY......: RIV
ACTUAL SATISFACTION KEYED BY......: CCC

DAYS REMAINING....................: 4868
FINAL PUBLIC LAW DAYS.............: 0




S0039       ALL CURRENT COMPS ARE SATISFIED
```

05/27/05  13:55 FAX              US PAROLE COMMISSION                              ☒007

```
5H    PAR4J  540*23 *        SENTENCE MONITORING          *    05-27-2005
PAGE 006         *           COMPUTATION DATA             *    10:35:28
                             AS OF 03-06-1996
```

REGNO..: 03110-000 NAME: ABNEY, CHESTER O

------------------------------PRIOR OBLIGATION NO: 020 -----------------------

OFFENSE CODE.....: 619
OFF/CHG: DC NARCOTICS MISDEMEANOR ONE YEAR OR LESS (DISTRIBUTION)
         OF CANNABIS.

```
SENTENCE PROCEDURE..............: DC CODE ADULT
SENTENCE IMPOSED/TIME TO SERVE.:    1 YEARS
RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
DATE OF OFFENSE.................: 05-18-1985
```

------------------------------PRIOR OBLIGATION NO: 030 -----------------------

OFFENSE CODE.....: 619
OFF/CHG: DC NARCOTICS, MISDEMEANOR, ONE YEAR OR LESS (POSSESSION
         WITH INTENT TO DISTRIBUTE CANNABIS).

```
SENTENCE PROCEDURE..............: DC CODE ADULT
SENTENCE IMPOSED/TIME TO SERVE.:    1 YEARS
RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
DATE OF OFFENSE.................: 05-18-1985
```

------------------------------PRIOR COMPUTATION NO: 010 ----------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-25-2002 AT RIV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010, 010 020, 010 030




G0002        MORE PAGES TO FOLLOW . . .

```
05/27/05  13:55 FAX               US PAROLE COMMISSION                      @006


5H      PAR4J   540*23  *      SENTENCE MONITORING           *    05-27-2005
PAGE 005        *              COMPUTATION DATA              *    10:35:28
                               AS OF 03-06-1996

REGNO..: 03110-000 NAME: ABNEY, CHESTER O

FBI NO............: 833232CA0              DATE OF BIRTH: [REDACTED]1964
ARS1..............: CDC/PAROLE
UNIT..............:                        QUARTERS.....:
DETAINERS.........: NO                     NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  03-06-1996 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F7110-85 E,F,G
JUDGE............................: WALTON
DATE SENTENCED/PROBATION IMPOSED: 01-13-1988
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 08-14-1989
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

               FELONY ASSESS   MISDMNR ASSESS    FINES          COSTS
NON-COMMITTED.:  $00.00          $00.00          $00.00        $270.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO     AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  620
OFF/CHG: DC DISTRIBUTION OF PCP.

  SENTENCE PROCEDURE..............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:   20 YEARS
  MINIMUM TERM....................:    5 YEARS     20 MONTHS
  RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
  DATE OF OFFENSE.................: 09-18-1985




G0002       MORE PAGES TO FOLLOW . . .
```