UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHESTER ABNERY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1440 (EGS) |
| ) | |
| DC DIVISION OF CORRECTION, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus [Dkt. #1] is DENIED, and it is further

ORDERED that petitioner's "Motion to Rule on Habeas Corpus" [Dkt. #4] and "Motion to Rule on Habeas Corpus Petition [Dkt. #13] are DENIED, and it is further

ORDERED that the Court's Order to Show Cause [Dkt. #5] is DISCHARGED, and it is further

ORDERED that this civil action is DISMISSED.  This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.


Signed:     EMMET G. SULLIVAN
            United States District Judge

Dated:      February 10, 2006